UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**UNDER SEAL**

UNITED STATES OF AMERICA

    v.                                         Criminal No. 19-cr-148 (NEB/KMM)

TAVON TARRELL TIMBERLAKE

_____

UNITED STATES OF AMERICA

    v.                                         Criminal No. 22-cr-364 (NEB/ECW)

TAVON TARRELL TIMBERLAKE

_____

UNITED STATES OF AMERICA

    v.                                         Criminal No. 25-cr-232 (DSD/ECW)

TAVON TARRELL TIMBERLAKE

_____

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related because the cases involve the same defendant, whether the prior cases are open or closed.

Dated: June 11, 2025                              Respectfully submitted,

                                                         JOSEPH H. THOMPSON
                                                         Acting United States Attorney

                                                         *s/Evan B. Gilead*
                                                         BY: EVAN B. GILEAD
                                                         Assistant United States Attorney
                                                         Attorney ID No. 1601283 DC