UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 25-232 (DSD/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DETENTION ORDER**

TAVON TARRELL TIMBERLAKE,

    Defendant.

This matter is before the Court on the Motion of the United States for Detention of the Defendant, Tavon Tarrell Timberlake, without bail pending trial. On June 13, 2025, Mr. Timberlake appeared before the Court for an initial appearance on a recently filed Indictment. Mr. Timberlake was present and represented by Kevin DeVore, Esq. The United States was represented by Assistant United States Attorney Harry Jacobs.

## **FINDINGS OF FACT**

1. Mr. Timberlake is charged with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

2. The United States moved for detention.

3. As Mr. Timberlake is already detained in case nos. 19-cr-146 and 22-cr-364, U.S. Pretrial Services recommended continued pre-trial detention.

4. Mr. Timberlake knowingly and voluntarily waived his right to a

detention hearing and accepted continued pretrial detention. However, Mr. Timberlake also reserved his right to move the Court to reopen the issue of detention if there is a future material change in circumstances.

## **CONCLUSIONS OF LAW**

In light of Mr. Timberlake's waiver, and the facts outlined in the report of U.S. Pretrial Services, the Court finds by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person or the community, and by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure Mr. Timberlake's presence in court as required.

**IT IS HEREBY ORDERED** that:

1. The motion of the United States for detention without bond of Mr. Timberlake is **GRANTED**;

2. Mr. Timberlake is committed to the custody of the United States Marshals' Service for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Mr. Timberlake shall be afforded reasonable opportunity to consult privately with his lawyer;

4. Upon order of the Court or request by the United States Attorney, the

person in charge of the correctional facility in which Mr. Timberlake is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding; and

    5. Mr. Timberlake shall appear for any and all future court hearings.

Dated: June 17, 2025

*s/ John F. Docherty*
THE HONORABLE JOHN F. DOCHERTY
United States Magistrate Judge