UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.　　　　　Plaintiff, )<br>)<br>TAVON TARRELL TIMBERLAKE, )<br>)<br>　　　　　Defendant. ) | CRIMINAL NO. 25-CR-232 (DSD/ECW)<br><br>**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Tavon Tarrell Timberlake, the defendant in this case, agree to the following statement of facts in support of a 14-day extension of the deadlines in this case to exclude time under the Speedy Trial Act. I would like an additional 14 days to review the voluminous evidence and continue working on resolution of the case. For this reason, I believe that I need more time than the Speedy Trial Act allows.

Based on the above facts, I request that the next 14 days be excluded from the time in which I would otherwise have to be brought to trial in my case. I have discussed this matter with my attorney and I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: July 7, 2025

*s/Tavon Tarrell Timberlake*
Tavon Tarrell Timberlake
*Verbal permission given to my attorney to e-sign this statement for me*

1

Dated: July 7, 2025

*s/Kevin W. DeVore*
Kevin W. DeVore  (267302)
Attorney for Tavon Tarrell Timberlake
724 Bielenberg Drive, Suite 110
Woodbury, MN  55125
Tel: (651) 435-6500