UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 25-232 (DSD/SGE)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAVON TARRELL TIMBERLAKE,

    Defendant.

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

The United States of America moves the Court for a two-week extension of time to file its response to the Defendant Tavon Tarrell Timberlake's Motion to Dismiss Indictment (ECF No. 22) and offers the following for the Court's consideration.

1. On January 12, 2026, the Court ordered the government to respond to Mr. Timberlake's Motion to Dismiss Indictment by January 16, 2026. *See* ECF No. 23.

2. The undersigned intended to respond but a family emergency—child being admitted to the hospital with RSV—necessitated the taking of parental leave earlier than anticipated.

3. As such, and along with the complications created because of the significant and swift staff turnover in the U.S. Attorney's Office, the

undersigned was unable to meaningfully communicate with coverage counsel between January 13, 2026 and the submission of this motion.

4.      The parties have corresponded, and Mr. Timberlake does not agree to the relief requested. However, because Mr. Timberlake is also being detained for violations in *two* supervised release cases, the government does not believe the requested relief will unduly prejudice Mr. Timberlake.

WHEREFORE, the government requests the Court grant its motion for extension of time to respond to Mr. Timberlake's motion to dismiss by January 30, 2026.

Dated:  January 15, 2026                              Respectfully,

                                                      DANIEL N. ROSEN
                                                      United States Attorney

                                                      *s/ Evan B. Gilead*

                                                      BY: Evan B. Gilead
                                                      Assistant United States Attorney