UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-232 (JRT/JFD)

UNITED STATES OF AMERICA,

        Plaintiff,                **GOVERNMENT'S NOTICE OF APPEAL**

v.

TAVON TARRELL TIMBERLAKE,

        Defendant.

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Eighth Circuit, pursuant to 18 U.S.C. § 3731, from the United States District Court for the District of Minnesota's Order dated February 23, 2026, Docket Number 32, granting Tavon Tarrell Timberlake's motion to dismiss the indictment, Docket Number 22, and Order dated April 7, 2026, Docket Number 35, denying the United States's Motion for Reconsideration, Docket Number 33. The undersigned is awaiting final approval to appeal from the Department of Justice and the United States Solicitor General, and therefore files this protective notice of appeal.

Dated:  May 5, 2026

                                      Respectfully Submitted,

                                      DANIEL N. ROSEN
                                      Acting United States Attorney

                                      *s/ William C. Mattessich*
        BY:  WILLIAM C. MATTESSICH
                     Assistant United States Attorney