# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1911
_____

United States of America

Plaintiff - Appellant

v.

Tavon Tarrell Timberlake

Defendant - Appellee

Appeal from U.S. District Court for the District of Minnesota
(0:25-cr-00232-DSD-1)

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 17, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler